DICKINSON WRIGHT PLLC
Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
Timothy I. McCulloch
Arizona Bar No. 23732
(*pro hac vice* forthcoming)
Kerry E. Kleiman, Esq.
Nevada Bar No. 14071
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
Tel: 702-550-4400
Fax: 844-670-6009
Email: CAlexander@dickinsonwright.com
Email: TMcCulloch@dickinsonwright.com
Email: KKleiman@dickinsonwright.com
*Attorneys for Defendant Cathy Zee Anderson, as personal representative of the Estate of Donald S. Goldberg and as trustee of The Donald S. Goldberg Trust dated December 28, 2007*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| REBECCA CHIARAMONTI, Individually, and as Special Administrator of the Estate of ANTHONY L. CHIARAMONTI, deceased, LEWIS CHIARAMONTI, and ADELE CHIARAMONTI,<br><br>Plaintiffs<br><br>vs.<br><br>CATHY ZEE ANDERSON, as personal representative of the Estate of DONALD S. GOLDBERG and as trustee of THE DONALD S. GOLDBERG TRUST, dated December 28, 2007<br><br>Defendants | Case: 2:23-cv-01095-CDS-NJK<br><br>**STIPULATION AND ORDER TO REMAND BACK TO STATE COURT** |

Plaintiffs, Rebecca Chiaramonti, Individually, and as Special Administrator of the Estate of Anthony L. Chiaramonti, deceased, Lewis Chiaramonti, and Adele Chiaramonti, ("Plaintiffs"), and Defendant, Cathy Zee Anderson, as personal representative of the Estate of Donald S. Goldberg, and as trustee of The Donald S. Goldberg Trust dated December 28, 2007 " ("Defendant"), by and



1

through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on June 2, 2023, Plaintiff filed a Complaint against Defendant in Department 26 of the Eighth Judicial District Court, bearing Case No. A-23-871672-C (the "Action");

WHEREAS, on July 13, 2023, the Defendant removed the matter pursuant to 15 U.S.C. § 1332 [ECF No. 1];

WHEREAS, on July 21, 2023, Plaintiff filed a motion to remand and requests for costs and fees incurred as a result of the removal, pursuant to 15 U.S.C.§ 1447 [ECF No. 6] ("Remand Motion"). The Defendant's response to the Remand Motion is due on or before August 4, 2023;

WHEREAS, the parties have agreed and stipulated to remand this Action back to the Eighth Judicial District Court, with each party to bear their own costs and fees, with Defendant to respond to the Complaint on or before August 10, 2023;

NOW, THEREFORE, based on the foregoing, IT IS HEREBY STIPULATED AND AGREED by and between the parties that this case be remanded back to the Eighth Judicial District Court for the County of Clark, Case No. A-23-871672-C.

**IT IS SO STIPULATED.**

DATED this 4th day of August, 2023.

**KREINDLER & KREINDLER LLP**

/s/ Brad Brooke
Bradley L. Booke #2662
10161 Park Run Drive #150
Las Vegas, Nevada 89145
702-241-1631

Daniel O. Rose (*pro hac vice*)
Brian J. Alexander (*pro hac vice*)
Evan Katin-Borland (*pro hac vice*)
485 Lexington Avenue
28th Floor
New York, New York 10017
(212) 687-8181
*Attorneys for Plaintiffs*

DATED this 4th day of August, 2023.

**DICKINSON WRIGHT PLLC**

/s/ Cynthia Alexander
Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
Timothy I. McCulloch
Arizona Bar No. 23732
(*pro hac vice* pending)
Kerry E. Kleiman, Esq.
Nevada Bar No. 14071
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
Tel: 702-550-4400
*Attorneys for Defendant Cathy Zee Anderson, as personal representative of the Estate of Donald S. Goldberg and as trustee of The Donald S. Goldberg Trust dated December 28, 2007*



**ORDER**

Based on the foregoing stipulation and agreement of the parties, and for good cause shown,

IT IS HEREBY ORDERED that the stipulation to remand **[ECF No. 16] is GRANTED**. The Clerk of Court is directed to REMAND this case back to the Eighth Judicial District Court, Department 26, case number A-23-871672-C, and close this case.

IT IS FURTHER ORDERED that plaintiffs' motion to remand **[ECF No. 6]**, by virtue of this order, is **denied as moot**.

IT IS FURTHER ORDERED that the petitions for permission to practice pro hac vice by Daniel O. Rose **[ECF No. 9]** and Brian J. Alexander **[ECF No. 11] are denied as moot**.

DATED: August 4, 2023

_____
UNITED STATES DISTRICT JUDGE

